UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
US DIST COURT
MIDDLE DIST OF LA
2008 JUL 10 P 2: 23

SIGN _____
BY DEPUTY CLERK

JAMIE MADURO

VERSUS                                              CIVIL ACTION NO.: 07-281-JVP-CN

N. BURL CAIN

## RULING ON WRIT OF HABEAS CORPUS

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendations of United States Magistrate Judge Christine Noland dated January 22, 2008 (doc. 16) and June 10, 2008 (doc. 19). Plaintiff has filed an objection to the June 10, 2000 report which merely restates legal argument and does not require *de novo* factual findings under 28 U.S.C. § 636.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the Petition for Writ of Habeas Corpus (doc. 1) filed by petitioner, Jaime Maduro, shall be **DISMISSED WITH PREJUDICE** as untimely filed.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, July 10, 2008.

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA